Janet M. Herold
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Susan Seletsky,** Attorney (CSBN 176106)
Office of the Solicitor (MMS#1300121)
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-4983
Facsimile: (213) 894-2064
seletsky.susan@dol.gov

Attorneys for the Petitioner

FILED
CLERK, U.S. DISTRICT COURT

FEB 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS,**<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>                      Petitioner,<br><br>            v.<br><br>**YE EUN, INC. doing business as I. NER,**<br><br>                      Respondent. | Case No. CV 13-1093 PA(JCGx)<br><br>(~~Proposed~~) **ORDER TO SHOW CAUSE**<br>  Re Enforcing An Administrative Subpoena Duces Tecum (Fair Labor Standards Act, as Amended, 29 U.S.C. § 201 *et seq.*) |

Petitioner, Secretary of Labor, United States Department of Labor ("Secretary"), has pursuant to Section 9 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* ("FLSA"), applied to this Court for an Order requiring the Respondent Ye Eun, Inc. doing business as I. Ner ("Respondent"), a corporation, to appear and produce the records, papers, and documents set forth in an administrative subpoena duces tecum issued by the Regional Administrator, Wage & Hour Division, U.S. Department of Labor, and duly served upon the Respondent.

Having considered the matters set forth in the Petitioner's pleadings herein, it is

<60><60><60>

1  hereby

2  ORDERED that Respondent appear and SHOW CAUSE, if any there be, why the Respondent should not be ordered by this Court to comply with the administrative subpoena duces tecum issued to the Respondent by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor on November 16, 2012, (a copy of which is Exhibit 4 of the Petition filed herein); and it is further

ORDERED that Respondent serve (and file with the Clerk of this Court) no later than March 18, 2013, a response to the Secretary's Petition, specifically admitting or denying each allegation of the Petition and setting forth the cause, if any there be, why the Secretary's Petition should not be granted; and it is further

ORDERED that the Respondent appear at a hearing to be held on the Secretary's Petition on April 1, 2013, at 1:30 o'clock in the afternoon in courtroom number 15 at 312 N. Spring St., Los Angeles, CA Street, Los Angeles, California 90012; and it is further

ORDERED that the Statute of Limitations governing FLSA proceedings, 29 U.S.C. § 255, is tolled beginning on November 5, 2012 through and until Respondent has fully complied with the Subpoena at issue herein; and it is further

ORDERED that the Petitioner serve, or cause to be served, on the Respondent a copy of this Order To Show Cause and a copy of the Petition (and supporting documents) filed by the Petitioner. These documents may be served by an investigator of the Wage and Hour Division, U.S. Department of Labor. no later than February 25, 2013

Dated: February 16, 2013.

_____
United States District Judge

**Petition to Enforce Administrative Subpoena Duces Tecum** (MMS#1300121)
**(Proposed) Order to Show Cause**